**Delvin C. PAYTON, et al.,
Plaintiff–Appellees,**

v.

**COUNTY OF KANE, et al.,
Defendants–Appellants.**

**No. 00–3789.**

United States Court of Appeals,
Seventh Circuit.

Jan. 27, 2003.

Before BAUER, COFFEY, and DIANE P. WOOD, Circuit Judges.

---

* Judge Flaum did not participate in the consid-eration of the matter.

## ORDER

On consideration of the petitions for rehearing and petitions for rehearing *en banc,* no judge in active service has requested a vote * on the petitions for rehearing *en banc* and all of the judges on the original panel have voted to deny rehearing. It is, therefore, ORDERED that rehearing and rehearing *en banc* are DENIED.

* Chief Judge Joel M. Flaum did not participate in consideration of these petitions.